IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE ARTHUR BUNN                                          PETITIONER
ADC # 112142

VS.                          NO. 5:06CV00257 JLH-BD

LARRY NORRIS, Director,
Arkansas Dept. of Correction                                RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Petition for Writ of Habeas Corpus (#2) and Amended Petition for Writ of Habeas Corpus (#16) are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 20th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE