# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GEORGE ARTHUR BUNN**                                                **PETITIONER**
**ADC # 112142**

**VS.**                  **NO. 5:06CV00257 JLH-BD**

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered separately today, the Petition for Writ of Habeas Corpus (#2) and Amended Petition for Writ of Habeas Corpus (#16) are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 20th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE